

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: GILBERT MALOOLY, AND CHRIS MALOOLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALDINE MALOOLY, INTERVENORS, | § § § | No. 08-18-00134-CV AN ORIGINAL PROCEEDING IN MANDAMUS |
| Relators. | § | |
| | § | |

# O R D E R

Pending before the Court is the Relators' motion to stay the "ORDER GRANTING SUPPLEMENTAL REQUEST FOR A PARTIAL INHERITANCE DISTRIBUTION TO THE EL PASO COMMUNITY FOUNDATION" signed by the Honorable Eduardo Gamboa, presiding judge of the Probate Court No. 2 of El Paso County, Texas, on July 20, 2018, in cause number 2012-CPR03934. The motion to stay the July 20, 2018 order is GRANTED. The stay will remain in effect pending resolution of this original proceeding or further order of this Court. All other relief requested in the motion to stay is denied.

IT IS SO ORDERED this 30th day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.